MSB Physical Therapy, P.C. v Nationwide Ins. (2022 NY Slip Op
51377(U))

[*1]

MSB Physical Therapy, P.C. v Nationwide Ins.

2022 NY Slip Op 51377(U) [77 Misc 3d 140(A)]

Decided on December 23, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 23, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2021-476 K C

MSB Physical Therapy, P.C., as
Assignee of Bright, Sayquan U, Respondent,
against
Nationwide Ins., Appellant. 

Hollander Legal Group, P.C. (Allan S. Hollander of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County
(Richard Tsai, J.; op 72 Misc 3d 1215[A], 2021 NY Slip Op 50750[U] [2021]), dated
July 13, 2021. The order, insofar as appealed from, denied the branches of defendant's
motion seeking summary judgment dismissing the first through fifth causes of action and
granted the branches of plaintiff's cross motion seeking summary judgment on the first
through fifth causes of action.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
For the reasons stated in MSB Physical Therapy, P.C., as Assignee of Bright,
Sayquan U v Nationwide Ins. (— Misc 3d —, 2022 NY Slip Op
— [Appeal No. 2021-478 K C], decided herewith), the order (MSB Physical
Therapy, P.C. v Nationwide Ins., 72 Misc 3d 1215[A], 2021 NY Slip Op 50750[U]
[2021]), insofar as appealed from, is affirmed.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 23,
2022